Jeffrey Curtis Weigel
48222 229th St.
Flandreau, SD 57028
605-997-3760
sunsetbayranch@yahoo.com
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

Case no. 4:23-cv-04184

JEFF WEIGEL, ESTATE OF CURTIS
WEIGEL, AND RUDY'S WELDING,
                Plaintiff's

v.

THE CITY OF FLANDREAU, DUSTIN
LAU, TY LAU, AND DUSTY'S CUSTOMS,
                Defendant's.

MOTION FOR ENTRY OF
DEFAULT AGAINST
DEFENDANT'S DUSTIN
LAU, TY LAU, AND
DUSTY'S CUSTOMS

To The Honorable Judge Karen E. Schreier of the United States District Court for the

District of South Dakota:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff requests the

Entry of Default against Defendants Dustin Lau, Ty Lau, and Dusty's Customs for failure

to answer the complaint served to them in a timely manner.

CERTIFICATE OF SERVICE

I, Jeffrey Curtis Weigel, do hereby certify that I served by U.S. mail, postage prepaid, first class, on the 29th day of February, 2024 upon the following:

Dustin Lau
Dusty's Customs
100 N. Water St.
Flandreau, SD 57028
Defendant

Ty Lau
Dusty's Customs
100 N. Water St.
Flandreau, SD 57028
Defendant

Dusty's Customs
100 N, Water St.
Flandreau, SD 57028
Defendant

Justin A. Bergeson
PO Box 5027
300 South Phillips Ave.
Suite 300
Sioux Falls, SD 57117-5027
Attorney for Defendant,
City of Flandreau

Signed,

Jeffrey Curtis Weigel