UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JEFF WEIGEL; CURTIS WEIGEL, ESTATE OF; AND RUDY'S WELDING, A PARTNERSHIP;<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF FLANDREAU; DUSTIN LAU; TY LAU; JOHN DOES NUMBER 1-10, in their individual and official capacities; AND DUSTY'S CUSTOMS, A BUSINESS;<br><br>Defendants. | 4:23-CV-04184-ECS<br><br><br><br>JUDGMENT |

Based on the Opinion and Order Dismissing Unrepresented Parties, Doc. 39, and the reasons contained therein, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment without prejudice is entered against the Estate of Curtis Weigel and Rudy's Welding and in favor of Defendants.

DATED this 13th day of February, 2025.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE